# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SARA C. DEBORD,

      Plaintiff,

vs.                                  Civil Case No. 10-4055-SAC

MERCY HEALTH SYSTEM OF KANSAS, INC.
and LEONARD WEAVER,

      Defendants.

## JUDGMENT IN A CIVIL CASE

This action came on for decision by the court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Memorandum and Order (Dk. 167) filed February 22, 2012 and Memorandum and Order (Dk. 168) filed March 20, 2012, defendant Weaver's motion for leave to file an amended pretrial order (Dk. 148) is denied; defendant Mercy Health System of Kansas, Inc.'s motion for summary judgment on plaintiff's sexual harassment and retaliation claims (Dk. 146) is granted; defendant Leonard Weaver's motion for summary judgment on plaintiff's assault and battery claim (Dk. 146) is granted; and plaintiff's motion for summary judgment on Weaver's counterclaim for defamation (Dk. 144) is granted.

IT IS FURTHER ORDER AND ADJUDGED that the plaintiff recover nothing; counterclaimant Weaver recover nothing; the action be dismissed on the merits; and each party shall bear its own costs of action.

Dated: March 20, 2012      TIMOTHY M. O'BRIEN, CLERK

By    s/ Brenda M. Wessel
        Deputy Clerk